IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00232-CV

 

Smithtex, LLP, Smith Properties, LLP,

Steven F. Smith, Stuart N. R. Smith,

Norman L. Smith, and Seven-0 Corporation,

                                                                                    Appellants

 v.

 

Charles DeMott and Brenda Calvert,

Individually, and as Representatives

of the Estate of Jonathan DeMott,

Cynthia DeMott, Individually, and 

as Representatives of the Estate 

of Elizabeth Pickens and 

David Pickens, and Kate L. Massey,

                                                                                    Appellees

 

 

 



From the 361st District
Court

Brazos County, Texas

Trial Court No. 07-002138-CV-361

 



ABATEMENT ORDER



 

In this interlocutory appeal, Appellants
SmithTex, LLP, Seven-O Corporation, Smith Properties, LLP, Steven F. Smith,
Stuart N.R. Smith, and Norman L. Smith appealed the trial court’s April 29,
2009 order denying their motions to transfer venue.  The parties have filed a
“joint motion to implement agreement for disposition of interlocutory appeal,”
which asks us to set aside the trial court’s April 29, 2009 order without
regard to the merits, to abate this appeal, and to direct the trial court to
sign an order transferring venue of the entire case to Cass County.  On notice
that the transfer order has been signed, we are to dismiss this appeal as moot
and issue our mandate within ten days.

The joint motion is granted.  We set aside
the trial court’s April 29, 2009 order denying the Appellants’ motions to
transfer venue without regard to the merits.  See Tex. R. App. P. 42.1(a)(2)(B).  We
abate this appeal and remand the case so that the trial court can, within 15
days of the date of this order, sign and enter an order transferring venue of
the entire case to the 5th District Court of Cass County.  The parties shall
promptly notify this Court that the trial court has signed the order
transferring venue of the entire case to the 5th District Court of Cass County.

 

PER CURIAM

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Motion
granted; appeal abated

Order
issued and filed November 24, 2010

Do
not publish